THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL P. SPENCER, Appellant.

Submitted March 1, 1948; decided March 18, 1948.

*Carl P. Spencer* for motion.

No one opposed.

Appeal, and motion for leave to appeal, dismissed on the ground that no appeal can be taken to this court from an order of the Appellate Division which denies leave to prosecute an appeal to that court on handwritten papers.